## THEODORE KRAUS *v.* IRENE NEWTON

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 561, is granted, limited to the issue: "Did the court err in (1) refusing to mark the defendant's statement for identification; (2) charging the jury that a landowner, without violating his/her duty to exercise reasonable care, or the safety of invitees, may, in all events, await the end of a winter storm before clearing or protecting walks and steps?"

*Herbert Watstein,* in support of the petition.

*F. Patrick O'Sullivan,* in opposition.

Decided July 13, 1988

## COVENANT HOME, INC. *v.* BOARD OF TAX REVIEW OF THE TOWN OF CROMWELL

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 441, is denied.

*Edward T. Lynch,* in support of the petition.

*Richard W. Tomc,* in opposition.

Decided July 26, 1988

## STATE OF CONNECTICUT *v.* BRYANT COLEMAN

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 657, is denied.

*James J. Ruane,* in support of the petition.

Decided July 26, 1988